UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VARFEE FOFANA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:19CV1072 JCH |
| ) | |
| UNION STATION HOTEL, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice.

Dated this 8th Day of October, 2019.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE